IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation, and MEDTRONIC USA, INC., a Minnesota corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> RORY CARMICHAEL, <br><br> Defendant. | **NOTICE OF REMOVAL** |

Defendant Rory Carmichael (hereinafter "Carmichael") for its Notice of Removal to Federal Court respectfully states:

## NATURE OF THE ACTION

1. This action is removed on behalf of Carmichael in a civil action in District Court, State of Minnesota, County of Anoka entitled *Medtronic, Inc. and Medtronic USA, Inc. v. Rory Carmichael*, State District Court file number 02-CV-10-9080 (the "State Court Action").

2. Carmichael admitted service of the Summons and Complaint on December 22, 2010. Attached as Exhibit A is a true and correct copy of the Summons and Complaint, which was filed under seal in the State Court Action and is filed under seal before this Court. Carmichael has filed herewith his Motion for Leave to File the Complaint Under Seal (see attached Exhibit C).

3. The present action was commenced on or about December 22, 2010. Counsel for Carmichael was sent a courtesy copy of the Complaint on or about Friday, December 17, 2010 via email after business hours.

SCANNED
JAN 18 2011
U.S. DISTRICT COURT MPLS

4. The State Court Action may be removed to this Court by Carmichael pursuant to 28 U.S.C. § 1441 as a civil action in which jurisdiction is founded on diversity of citizenship and the amount in controversy exceeds $75,000.

5. On information and belief, and based upon the allegations of the Complaint, Plaintiffs Medtronic, Inc. and Medtronic USA, Inc. (together "Medtronic") are now, and at the time of filing this action, corporations incorporated under the laws of the State of Minnesota, both with their principal place of business in Anoka County, Minnesota.

6. Carmichael is now, and was at the time of commencement of this action in state court, a citizen of Florida. There are no other defendants in this action.

7. Medtronic's Prayer for Relief requests, among other things, an order compelling Carmichael to repay Medtronic all sums paid to Carmichael under Article 2.2 of the Separation Agreement (the entire Separation Agreement is attached hereto as Exhibit B, also filed under seal as it contains personal and financial information.). Pursuant to Article 2.2 of the Separation Agreement, Medtronic paid Carmichael a sum in excess of $75,000, which sums Medtronic seeks to recover.

8. The exclusive venue provision in Article 7.3 of the Employee Agreement, and as alleged in Paragraph 4 of the Complaint, is and has been superseded by Paragraph 4.11 of the Separation Agreement and is, therefore, no longer applicable and governing between the parties hereto.

9. Had the State Court Action been brought here initially, the Court would have had original jurisdiction over the subject matter under 28 U.S.C. §1332.

10. This notice is filed within thirty days after receipt by Carmichael of the Summons and Complaint, and within one year of the commencement of the action by Medtronic. It is therefore timely within the meaning of 28 U.S.C. §1446(b).

11. By this filing, Carmichael respectfully reserves and preserves all of his legal rights, including his rights to challenge personal jurisdiction before this Court.

**WHEREFORE**, Defendant Rory Carmichael requests that this case proceed in this court as an action properly removed thereto.

Dated: January 18, 2011

**FOLEY & MANSFIELD, P.L.L.P.**

By: _____
Thomas W. Pahl (#0243012)
Kaarin S. Nelson (#0386919)
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401
Tel: (612) 338-8788
Fax: (612) 338-8690
tpahl@foleymansfield.com

And

Michael R. Carey
Carey, O'Malley, Whitaker & Mueller, P.A.
712 S. Oregon Avenue
Tampa, Florida 33606
(813) 250-0577
mcarey@cowmpa.com

**Attorneys for Defendant
RORY CARMICHAEL**

# FOLEY & MANSFIELD
###### PLLP
Attorneys at Law

Chicago • Detroit • Los Angeles • Miami • **Minneapolis** • New York • Oakland • St. Louis • Seattle

January 18, 2011

**Thomas W. Pahl**
Partner
*tpahl@foleymansfield.com*

**RECEIVED**
**JAN 18 2011**
**CLERK**
**U.S. DISTRICT COURT**
**MINNEAPOLIS, MINNESOTA**

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*Via Messenger*

Re:   *Medtronic, Inc. and Medtronic USA, Inc. v. Rory Carmichael*
      Our File No.: 13315-1

Dear Clerk of Court:

Enclosed for filing in the above-referenced matter, please find:

1. Notice of Removal;
2. Civil Cover Sheet;
3. Motion for Leave to File the Complaint Under Seal (with exhibits) and Proposed Order;
4. Copy of all process, pleadings, and order served on Defendant; and
5. Our firm check in the amount of $350 for your filing fees.

We have at this time provided the state district court and plaintiffs' counsel with the above pleadings, Notice of Filing of this Notice of Removal, in addition to a copy of this letter.

Sincerely,

Thomas W. Pahl

Enclosures
cc:   Anoka County Court Administrator (via messenger)
      William Z. Pentelovitch, Esq. (via messenger)
      Jonathan S. Parritz, Esq. (via messenger)
      Michael R. Carey, Esq. (via e-mail)

# FOLEY & MANSFIELD
PLLP

Attorneys at Law

Chicago • Detroit • Los Angeles • Miami • **Minneapolis** • New York • Oakland • St. Louis • Seattle

January 18, 2011

**Thomas W. Pahl**
Partner
*tpahl@foleymansfield.com*

Anoka County Court Administrator
Anoka County Courthouse
2100 Third Avenue
Anoka, MN 55303

*<u>Via Messenger</u>*

**Re:** *Medtronic, Inc. and Medtronic USA, Inc. v. Rory Carmichael*
**Our File No.: 13315-1**

Dear Court Administrator:

Enclosed for filing in the above-referenced matter, please find Defendant's:

1. Notice of Filing of Notice of Removal to Federal Court; and
2. Notice of Removal.

By copy of this letter, all counsel of record are being served.

Sincerely,

Thomas W. Pahl

Enclosures
cc:   Clerk of Court, United States District Court (via messenger)
      William Z. Pentelovitch, Esq. (via messenger)
      Jonathan S. Parritz, Esq. (via messenger)
      Michael R. Carey, Esq. (via e-mail)